B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Hanley, Terrance Patrick** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**xxx-xx-2334** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**1629 W. Granville Ave., Unit 1**<br>**Chicago, IL**<br>ZIP Code **60660** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |

Location of Principal Assets of Business Debtor
(if different from street address above):

| Type of Debtor<br>(Form of Organization) (Check one box)<br><br>■ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | Nature of Business<br>(Check one box)<br><br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box)<br><br>■ Chapter 7<br>☐ Chapter 9<br>☐ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13<br><br>☐ Chapter 15 Petition for Recognition<br>of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition<br>of a Foreign Nonmain Proceeding |
|---|---|---|
| **Chapter 15 Debtors**<br>Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding<br>by, regarding, or against debtor is pending: | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>■ Debts are primarily consumer debts,     ☐ Debts are primarily<br>defined in 11 U.S.C. § 101(8) as        business debts.<br>"incurred by an individual primarily for<br>a personal, family, or household purpose." |

| Filing Fee (Check one box)<br><br>■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the<br>debtor is unable to pay fee except in installments. Rule 1006(b). See Official<br>Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | Chapter 11 Debtors<br>Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)<br>are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,<br>in accordance with 11 U.S.C. § 1126(b). |
|---|---|

| Statistical/Administrative Information<br>☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,<br>there will be no funds available for distribution to unsecured creditors. | THIS SPACE IS FOR COURT USE ONLY |
|---|---|

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,000<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,000<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

B1 (Official Form 1)(04/13) <span style="float:right">Page 2</span>

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Hanley, Terrance Patrick** |
|---|---|

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet)

| Location<br>Where Filed:   **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>**X**   **/s/ Roger McCaffrey-Boss**          **April 10, 2013**<br>Signature of Attorney for Debtor(s)          (Date)<br>**Roger McCaffrey-Boss 1811649** |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐  Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐  Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐  Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13)                                                                                  Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Hanley, Terrance Patrick** |

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Terrance Patrick Hanley**
_____
Signature of Debtor **Terrance Patrick Hanley**

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

**April 10, 2013**
_____
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

---

**Signature of Attorney***

X **/s/ Roger McCaffrey-Boss**
_____
Signature of Attorney for Debtor(s)

**Roger McCaffrey-Boss 1811649**
_____
Printed Name of Attorney for Debtor(s)

**Roger V. McCaffrey-Boss & Ass., PC**
_____
Firm Name

**19 South LaSalle Street**
**Suite 1500**
**Chicago, IL 60603**

_____
Address

        **Email: rvmlawyer@aol.com**
**312 263 8800  Fax: 312 332 4629**
_____
Telephone Number

**April 10, 2013**
_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____
_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

---

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Terrance Patrick Hanley**                          Case No. _____

                             Debtor(s)       Chapter    **7** _____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                                                                           Page 2

     ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

     ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

     ☐ Active military duty in a military combat zone.

     ☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:     **/s/ Terrance Patrick Hanley**
                       **Terrance Patrick Hanley**

Date:    **April 10, 2013**

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Terrance Patrick Hanley**
_____,   Case No. _____
                                Debtor

                                              Chapter_____**7**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 4 | 6,545.30 | | |
| C - Property Claimed as Exempt | Yes | 2 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 7,287.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 10,499.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 16 | | 520,980.22 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I -  Current Income of Individual Debtor(s) | Yes | 1 | | | 3,271.27 |
| J -  Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 3,875.31 |
| Total Number of Sheets of ALL Schedules | | 31 | | | |
| Total Assets | | | 6,545.30 | | |
| Total Liabilities | | | | 538,766.22 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Terrance Patrick Hanley**                                                          ,          Case No. _____

                                                        Debtor

                                                                                             Chapter _____**7**_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 10,499.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 10,499.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | 3,271.27 |
| Average Expenses (from Schedule J, Line 18) | 3,875.31 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 3,271.27 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 4,287.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 10,499.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 520,980.22 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 525,267.22 |

B6A (Official Form 6A) (12/07)

In re    **Terrance Patrick Hanley**
_____,    Case No. _____
                                    Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | |
|---|---|---|
| | Sub-Total > | **0.00** | (Total of this page) |
| | Total > | **0.00** | |

__0__  continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

.

In re   **Terrance Patrick Hanley**                                         ,   Case No. _____
                                                   Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | | **Cash**<br>**Location: 1629 W. Granville Ave., Unit 1, Chicago IL 60660** | - | 100.00 |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Fifth Third Savings Account xxxxxx1258** | - | 60.04 |
| | | | **First American Bank Free Checking XXXXXXXX 7102 and Rewards Checking XXXXXXX7101** | - | 813.26 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | | **Security deposit for apartment rental**<br>**Rick Flinn, 1629 W. Granville, Ave., Unit 3, Chicago, Illinois 60660** | - | 630.00 |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | | **WinBook 37" flat screen; speakers; mac book laptop; Appliances, audio and video equipment, computer equipment, furniture, decorative home furnishings, kitchenware, tools.**<br>**Location: 1629 W. Granville Ave., Unit 1, Chicago IL 60660** | - | 766.75 |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Artwork, books, music cds, dvds, vhs tapes, collectibles.**<br>**Location: 1629 W. Granville Ave., Unit 1, Chicago IL 60660** | - | 216.50 |
| 6. | Wearing apparel. | | **Various clothing (hats, coats, suits, shirts, pants, shorts, sweaters, shoes and accessories).**<br>**Location: 1629 W. Granville Ave., Unit 1, Chicago IL 60660** | - | 312.75 |
| 7. | Furs and jewelry. | | **Omegal steel and gold watch and 18 kt gold bracelet**<br>**Location: 1629 W. Granville Ave., Unit 1, Chicago IL 60660** | - | 70.00 |
| 8. | Firearms and sports, photographic, and other hobby equipment. | | **Sports equipment, binoculars and bike**<br>**Location: 1629 W. Granville Ave., Unit 1, Chicago IL 60660** | - | 46.00 |

|  | Sub-Total ><br>(Total of this page) | **3,015.30** |

  __3__   continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com                                                          Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Terrance Patrick Hanley**                                          ,    Case No. _____
                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |

Sub-Total >                **0.00**
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Terrance Patrick Hanley**                                    ,      Case No. _____
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | | **SS Cleveland Great Lakes Freighter Architectural Model - Estate of Gregory A. Knott, Deceased (1/2010) Lucas County, OH.** **Location: 2333 Scottwood Ave., Toledo, OH 43620** | - | 350.00 |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | | **Sailboat - 1990 Hunter Sloop 27 ft. jointly owned with Gary L. Weiand 6101 N Sheridan Rd., Unit 11D, Chicago, Illinois 60660** **Location: East Chicago Marina, 3301 Aldis Ave., East Chicago, IN 46312** | J | 1,500.00 |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |

Sub-Total >    1,850.00
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Terrance Patrick Hanley**                                                    ,    Case No. _____
                                              Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | **Gold metal scrap owned by debtor; sold on February 27, 2013 to Wedding Bands Co. for $1,680 funds deposited into First American Bank and Fifth Third Bank Accounts.** | - | **1,680.00** |

|  | Sub-Total > | **1,680.00** |
|---|---|---|
|  | (Total of this page) | |
|  | Total > | **6,545.30** |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6C (Official Form 6C) (4/13)

.

In re   **Terrance Patrick Hanley**                                    ,        Case No. _____
                                                        Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                              $155,675. *(Amount subject to adjustment on 4/1/16, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)                                                       *with respect to cases commenced on or after the date of adjustment.)*
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Cash on Hand** | | | |
| **Cash** Location: 1629 W. Granville Ave., Unit 1, Chicago IL 60660 | **735 ILCS 5/12-1001(b)** | **100.00** | **100.00** |
| | | | |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **Fifth Third Savings Account xxxxxx1258** | **735 ILCS 5/12-1001(b)** | **60.04** | **60.04** |
| **First American Bank Free Checking XXXXXXXX 7102 and Rewards Checking XXXXXXX7101** | **735 ILCS 5/12-1001(b)** | **813.26** | **813.26** |
| | | | |
| **Security Deposits with Utilities, Landlords, and Others** | | | |
| **Security deposit for apartment rental** Rick Flinn, 1629 W. Granville, Ave., Unit 3, Chicago, Illinois 60660 | **735 ILCS 5/12-1001(b)** | **630.00** | **630.00** |
| | | | |
| **Household Goods and Furnishings** | | | |
| **WinBook 37" flat screen; speakers; mac book laptop; Appliances, audio and video equipment, computer equipment, furniture, decorative home furnishings, kitchenware, tools.** Location: 1629 W. Granville Ave., Unit 1, Chicago IL 60660 | **735 ILCS 5/12-1001(b)** | **766.75** | **766.75** |
| | | | |
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| **Artwork, books, music cds, dvds, vhs tapes, collectibles.** Location: 1629 W. Granville Ave., Unit 1, Chicago IL 60660 | **735 ILCS 5/12-1001(b)** | **216.50** | **216.50** |
| | | | |
| **Wearing Apparel** | | | |
| **Various clothing (hats, coats, suits, shirts, pants, shorts, sweaters, shoes and accessories).** Location: 1629 W. Granville Ave., Unit 1, Chicago IL 60660 | **735 ILCS 5/12-1001(a)** | **100%** | **312.75** |
| | | | |
| **Furs and Jewelry** | | | |
| **Omegal steel and gold watch and 18 kt gold bracelet** Location: 1629 W. Granville Ave., Unit 1, Chicago IL 60660 | **735 ILCS 5/12-1001(b)** | **70.00** | **70.00** |
| | | | |
| **Firearms and Sports, Photographic and Other Hobby Equipment** | | | |
| **Sports equipment, binoculars and bike** Location: 1629 W. Granville Ave., Unit 1, Chicago IL 60660 | **735 ILCS 5/12-1001(b)** | **46.00** | **46.00** |

___ **1**   continuation sheets attached to Schedule of Property Claimed as Exempt

B6C (Official Form 6C) (4/13) -- Cont.

In re    **Terrance Patrick Hanley** _____,    Case No. _____

_____
Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Contingent and Non-contingent Interests in Estate of a Decedent** | | | |
| **SS Cleveland Great Lakes Freighter Architectural Model - Estate of Gregory A. Knott, Deceased (1/2010) Lucas County, OH. Location: 2333 Scottwood Ave., Toledo, OH 43620** | **735 ILCS 5/12-1001(b)** | **350.00** | **350.00** |
| **Other Personal Property of Any Kind Not Already Listed** | | | |
| **Gold metal scrap owned by debtor; sold on February 27, 2013 to Wedding Bands Co. for $1,680 funds deposited into First American Bank and Fifth Third Bank Accounts.** | **735 ILCS 5/12-1001(b)** | **947.45** | **1,680.00** |

Total: **4,312.75**     **5,045.30**

Sheet ___1___ of ___1___ continuation sheets attached to the Schedule of Property Claimed as Exempt

B6D (Official Form 6D) (12/07)

In re   **Terrance Patrick Hanley**                                ,        Case No. _____

                                          Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

    State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

    List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

    If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

    Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**East Chicago Marina**<br>**3301 Aldis Ave.**<br>**East Chicago, IN 46312** | X | - | **Storage for Boat**<br>**Sailboat - 1990 Hunter Sloop 27 ft. jointly owned with Gary L. Weiand 6101 N Sheridan Rd., Unit 11D, Chicago, Illinois 60660**<br>**Location: East Chicago Marina, 3301 Aldis Ave., East Chicago, IN 46312** | | | | | |
| | | | Value $      **3,000.00** | | | | **7,287.00** | **4,287.00** |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |

   **0**    continuation sheets attached

| | Subtotal<br>(Total of this page) | **7,287.00** | **4,287.00** |
|---|---|---|---|
| | Total<br>(Report on Summary of Schedules) | **7,287.00** | **4,287.00** |

B6E (Official Form 6E) (4/13)

In re    **Terrance Patrick Hanley**                                                      ,   Case No. _____
                                              Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____1_____ continuation sheets attached

B6E (Official Form 6E) (4/13) - Cont.

In re   **Terrance Patrick Hanley**                                                    ,   Case No. _____
                                              Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **xxx-xx-2334** <br><br> **Illinois Department of Revenue** <br> **Springfield, IL 62726** | - | | **2012** <br><br> **2012 Illinois State Income taxes with underpayment penalty** | | | | <br><br> **1,865.00** | **0.00** | <br><br> **1,865.00** |
| Account No. **xxx-xx-2334** <br><br> **Internal Revenue Service** <br> **PO Box 902501** <br> **Cincinnati, OH 45280-2501** | - | | **2012** <br><br> **2012 Federal Income Taxes** | | | | <br><br> **8,634.00** | **0.00** | <br><br> **8,634.00** |
| Account No. **xxx-xx-2334** <br><br> **Department of the Treasury** <br> **Internal revenue Service** <br> **Fresno, CA 93888-0002** | | | **Representing:** <br> **Internal Revenue Service** | | | | **Notice Only** | | |
| Account No. <br><br> **Internal Revenue Service** <br> **Centralized Insolvency Operation** <br> **PO Box 21126** <br> **Chicago, IL 60604** | | | **Representing:** <br> **Internal Revenue Service** | | | | **Notice Only** | | |
| Account No. <br><br> <br><br> | | | | | | | | | |

Sheet  **1**   of  **1**   continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

|  | Subtotal <br> (Total of this page) | **0.00** <br> **10,499.00** | **10,499.00** |
|---|---|---|---|
|  | Total <br> (Report on Summary of Schedules) | **0.00** <br> **10,499.00** | **10,499.00** |

B6F (Official Form 6F) (12/07)

In re    **Terrance Patrick Hanley**                                              ,    Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. xxxxxxxxx6517<br><br>**AT&T<br>PO Box 8100<br>Aurora, IL 60507-8100** | X | - | | | **2010<br>Telephone and internet at Sheridan Condo** | | | | **124.03** |
| Account No.<br><br>**Bay Area Credit Service<br>PO Box 468449<br>Atlanta, GA 31146** | | | | | **Representing:<br>AT&T** | | | | **Notice Only** |
| Account No.<br><br>**Bay Area Credit Service<br>1901 W 10th St<br>Antioch, CA 94509** | | | | | **Representing:<br>AT&T** | | | | **Notice Only** |
| Account No.<br><br>**CBCS<br>PO Box 163250<br>Columbus, OH 43216-3250** | | | | | **Representing:<br>AT&T** | | | | **Notice Only** |
| __15__ continuation sheets attached | | | | | Subtotal<br>(Total of this page) | | | | **124.03** |

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com

S/N:20545-130402    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Terrance Patrick Hanley**                                              ,        Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **West Asset Management** **2703 N. US Highway 75** **Sherman, TX 75090-2567** | | | Representing: AT&T | | | | **Notice Only** |
| Account No. **xxxxxxxx7398** | | | Opened  2/01/06  Last Active 10/19/09 Home Equity Loan for 5855 North Sheridan Road, Unit 6-E, Chicago, IL 60660 | | | | |
| **Bank One/Chase** **8333 Ridgepoint Dr** **Irving, TX 75063** | - | | | | | | **36,913.06** |
| Account No. **xxxx0799** | | | | | | | |
| **AMO Recoveries** **6737  W Washington Stree** **Suite 3118** **Milwaukee, WI 53214** | | | Representing: Bank One/Chase | | | | **Notice Only** |
| Account No. | | | | | | | |
| **AMO Recoveries** **PO Box 926100** **Norcross, GA 30010** | | | Representing: Bank One/Chase | | | | **Notice Only** |
| Account No. **xxxxxxxx7398** | | | | | | | |
| **Chase Home Finance** **2901 Kinwest Pkwy** **Irving, TX 75063-3134** | | | Representing: Bank One/Chase | | | | **Notice Only** |

Sheet no. __1__ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            **36,913.06**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Terrance Patrick Hanley**                                    ,        Case No. _____
                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Chase Home Finance LLC** PO Box 24696 Columbus, OH 43224 | | | Representing: Bank One/Chase | | | | Notice Only |
| Account No. **xxx2369** **Echelon Recovery Inc.** PO Box 1880 Voorhees, NJ 08043 | | | Representing: Bank One/Chase | | | | Notice Only |
| Account No. **xxxxx1672** **Vital Recovery Services** PO BOX 923748 Norcross, GA 30010-3748 | | | Representing: Bank One/Chase | | | | Notice Only |
| Account No. **xxxxxxxx2528** **Beneficial National Bank** PO Box 15518 Wilmington, DE 19850-5518 | - | | 2/2008 Credit | | | | Unknown |
| Account No. **Bruce Koff MSW LCSW** Live Oak Inc. 1300 W. Belmont Ave, Suite 400 Chicago, IL 60657 | - | | 2008-1/2011 Medical services | | | | 1,025.00 |

Sheet no. __**2**__ of __**15**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| | 1,025.00 |

B6F (Official Form 6F) (12/07) - Cont.

In re    **Terrance Patrick Hanley**                                    ,    Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx-xxxx-xxxx-4534**<br><br>**Chase**<br>**201 N. Walnut St//De1-1027**<br>**Wilmington, DE 19801** | - | | **Opened 3/01/99 Last Active 6/16/09**<br>**CreditCard** | | | | **58,404.69** |
| Account No.<br><br>**Capitol Management Services**<br>**726 Exchange Street**<br>**Suit3 700**<br>**Buffalo, NY 14210** | | | **Representing:**<br>**Chase** | | | | **Notice Only** |
| Account No.<br><br>**Chase Bank USA**<br>**Chase Card Services**<br>**PO Box 15298**<br>**Wilmington, DE 19850** | | | **Representing:**<br>**Chase** | | | | **Notice Only** |
| Account No.<br><br>**Chase Bank USA, NA**<br>**Cardmember Service**<br>**PO Box 15299**<br>**Wilmington, DE 19850-5299** | | | **Representing:**<br>**Chase** | | | | **Notice Only** |
| Account No.<br><br>**National Action Financial Services**<br>**165 Lawrence Bell Dr., Suite 100**<br>**PO Box 9027**<br>**Williamsville, NY 14231-9027** | | | **Representing:**<br>**Chase** | | | | **Notice Only** |

Sheet no. __3__ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **58,404.69**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Terrance Patrick Hanley**                                    ,        Case No. _____
_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx6133**<br><br>**Pride Acquisitions of Illinois LLC**<br>**Baker Sanders Barshay Grossman LLC**<br>**100 Garden City Plaza, Suite 500**<br>**Garden City, NY 11530** | | | Representing:<br>Chase | | | | **Notice Only** |
| Account No. **xxxx-xxxx-xxxx-6753**<br><br>**Chase**<br>**201 N. Walnut St//De1-1027**<br>**Wilmington, DE 19801** | - | | Opened 4/01/99 Last Active 7/06/09<br>CreditCard | | | | **1,252.04** |
| Account No.<br><br>**Capitol Management Services LP**<br>**726 Exchange Street Suite 700**<br>**Buffalo, NY 14210** | | | Representing:<br>Chase | | | | **Notice Only** |
| Account No.<br><br>**Chase Bank USA**<br>**PO Box 15298**<br>**Wilmington, DE 19850** | | | Representing:<br>Chase | | | | **Notice Only** |
| Account No.<br><br>**Chase Bank USA, NA**<br>**Cardmember Service**<br>**PO Box 15548**<br>**Wilmington, DE 19886-5448** | | | Representing:<br>Chase | | | | **Notice Only** |

Sheet no. __4__ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **1,252.04**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Terrance Patrick Hanley**                                                    ,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Financial Asset Management Systems**<br>**PO Box 451409**<br>**Atlanta, GA 31145-9409** | | | Representing:<br>**Chase** | | | | **Notice Only** |
| Account No. **xxxxxxxx4315**<br><br>**Chase Manhattan Mortgage**<br>**Attention: Research Dept. G7-PP**<br>**3415 Vision Drive**<br>**Columbus, OH 43219** | - | | **Opened 7/01/04 Last Active 6/01/09**<br>**First Mortgage loan for purchase of 5855 North**<br>**Sheridan Road, Unit 6-E, Chicago, IL 60660** | | | | **211,966.22** |
| Account No.<br><br>**Chase**<br>**7301 Baymeadows Way**<br>**Jacksonville, FL 32256** | | | Representing:<br>**Chase Manhattan Mortgage** | | | | **Notice Only** |
| Account No.<br><br>**Chase Fulfillmeny Center**<br>**PO Box 469030**<br>**Denver, CO 80246** | | | Representing:<br>**Chase Manhattan Mortgage** | | | | **Notice Only** |
| Account No. **xxxxxx4315**<br><br>**Chase Home Finance**<br>**PO Box 24696**<br>**Columbus, OH 43224-0696** | | | Representing:<br>**Chase Manhattan Mortgage** | | | | **Notice Only** |

Sheet no. __**5**__ of __**15**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**211,966.22**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Terrance Patrick Hanley**                                    ,   Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xx xxx4212**<br><br>**Pierce & Associates**<br>**1 N. Dearborn, Suite 1300**<br>**Chicago, IL 60602** | | | Representing:<br>**Chase Manhattan Mortgage** | | | | **Notice Only** |
| Account No. **xxxxxx5010**<br><br>**ComEd**<br>**PO Box 6111**<br>**Carol Stream, IL 60197-6111** | | - | **2010**<br>**Electric service at Sheridan Condo** | | | | **887.40** |
| Account No.<br><br>**Commonwealth Edison**<br>**PO Box 9037**<br>**Addison, TX 75001** | | | Representing:<br>**ComEd** | | | | **Notice Only** |
| Account No.<br><br>**Credit Collection Services**<br>**Two Wells Ave**<br>**Newton Center, MA 02459** | | | Representing:<br>**ComEd** | | | | **Notice Only** |
| Account No.<br><br>**Credit Protection Association**<br>**L.P. 13355 Noel Rd.**<br>**Dallas, TX 75240** | | | Representing:<br>**ComEd** | | | | **Notice Only** |

Sheet no. __**6**__ of __**15**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                   **887.40**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Terrance Patrick Hanley**                                        ,        Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx9197**<br><br>**Direct TV Inc.**<br>**PO Box 6550**<br>**Greenwood Village, CO 80155-6550** | - | | **2010**<br>**Satellite dish** | | | | **94.11** |
| Account No.<br><br>**Credit Management LLP**<br>**4200 International Pkwy**<br>**Carrollton, TX 75007** | | | Representing:<br>Direct TV Inc. | | | | **Notice Only** |
| Account No.<br><br>**Direct TV**<br>**PO Box 78626**<br>**Phoenix, AZ 85062** | | | Representing:<br>Direct TV Inc. | | | | **Notice Only** |
| Account No.<br><br>**NCO Financial Systems**<br>**PO Box 17205**<br>**Wilmington, DE 19850** | | | Representing:<br>Direct TV Inc. | | | | **Notice Only** |
| Account No.<br><br>**NCO Financial Systems**<br>**PO Box 4935**<br>**Trenton, NJ 08650** | | | Representing:<br>Direct TV Inc. | | | | **Notice Only** |

Sheet no. __7__ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**94.11**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Terrance Patrick Hanley**                                        ,        Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **NCO Financial Systems Inc** <br> **507 Prudential Road** <br> **Horsham, PA 19044** | | | Representing: <br> Direct TV Inc. | | | | **Notice Only** |
| Account No. xxxxxxxxxxx4908 <br><br> **Gemb/home Design Hvac** <br> **Po Box 981439** <br> **El Paso, TX 79998** | - | | Opened  8/01/08  Last Active  7/31/09 <br> ChargeAccount for HVAC replacement in the foreclosed condominium unit 6E at 5855 N Sheridan Rd Chicago IL | | | | **3,745.00** |
| Account No. <br><br> **Asset Acceptance LL** <br> **PO Box 1630** <br> **Warren, MI 48090** | | | Representing: <br> Gemb/home Design Hvac | | | | **Notice Only** |
| Account No. xx-xxx0601 <br><br> **Asset Acceptance LLC** <br> **PO Box 2036** <br> **Warren, MI 48090** | | | Representing: <br> Gemb/home Design Hvac | | | | **Notice Only** |
| Account No. xxxxxxxxxxx4908 <br><br> **Fulton Friedman & Gullace LLP** <br> **5 East Van Buren Street** <br> **Suite 214** <br> **Joliet, IL 60432** | | | Representing: <br> Gemb/home Design Hvac | | | | **Notice Only** |

Sheet no. __8___ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **3,745.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Terrance Patrick Hanley**                                              ,    Case No. _____
_____
                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. **xx-xx9097** <br><br> **Fulton Friedman & Gullace LLP** <br> **PO Box 2123** <br> **Warren, MI 48090** | | | | Representing: <br> **Gemb/home Design Hvac** | | | | **Notice Only** |
| Account No. <br><br> **GE Money Bank** <br> **Home DSGN - HVAC/GEMB** <br> **PO Box 103104** <br> **Roswell, GA 30076** | | | | Representing: <br> **Gemb/home Design Hvac** | | | | **Notice Only** |
| Account No. <br><br> **GECRB/Home Design** <br> **PO Box 965036** <br> **Orlando, FL 32896** | | | | Representing: <br> **Gemb/home Design Hvac** | | | | **Notice Only** |
| Account No. <br><br> **Leading Edge Recovery Solutions LLC** <br> **5440 N. Cumberland Ave., Suite 300** <br> **Chicago, IL 60656-1490** | | | | Representing: <br> **Gemb/home Design Hvac** | | | | **Notice Only** |
| Account No. <br><br> **Harold T. Hanley III** <br> **1437 S. Prairie Ave., Unit A** <br> **Chicago, IL 60605** | - | | | **10/20/09 - 04/9/2013** <br> **Personal loan - income taxes.** | | | | **19,916.23** |

| | | |
|---|---|---|
| Sheet no. __**9**__ of __**15**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal <br> (Total of this page) | **19,916.23** |

B6F (Official Form 6F) (12/07) - Cont.

In re  **Terrance Patrick Hanley** _____,    Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx3120** <br><br> **HealthPort** <br> **PO Box 409900** <br> **Atlanta, GA 30384** | - | | **10-15-12** <br> **Medical Records transfer** | | | | **31.23** |
| Account No. **x3921** <br><br> **Howard Brown Health Center** <br> **415 West Gold Road** <br> **Sute 16** <br> **Arlington Heights, IL 60005** | - | | **Sept - Oct 2012** <br> **Medical Services** | | | | **769.50** |
| Account No. **xxxxxxxxxxxx6402** <br><br> **Hsbc Best Buy** <br> **Attn: Bankruptcy** <br> **Po Box 6985** <br> **Bridge Water, NJ 08807** | | | **Opened  2/01/08  Last Active  7/27/09** <br> **ChargeAccount** | | | | **4,705.00** |
| Account No. <br><br> **Beneficial National Bank** <br> **PO Box 15518** <br> **Wilmington, DE 19850-5518** | | | **Representing:** <br> **Hsbc Best Buy** | | | | **Notice Only** |
| Account No. **xxxxx-xxxxxx6402** <br><br> **CAP1/Damark International Inc** <br> **PO Box 5253** <br> **Carol Stream, IL 60197** | | | **Representing:** <br> **Hsbc Best Buy** | | | | **Notice Only** |

Sheet no. __10__ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**5,505.73**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Terrance Patrick Hanley**                                    ,        Case No. _____
                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**HSBC Bank**<br>**PO Box 5253**<br>**Carol Stream, IL 60197** | | | Representing:<br>**Hsbc Best Buy** | | | | **Notice Only** |
| Account No. <br><br>**Portfolio Recovery Associates**<br>**Riverside Commerce Center**<br>**120 Corporate Blvd. Ste. 100**<br>**Norfolk, VA 23502-4962** | | | Representing:<br>**Hsbc Best Buy** | | | | **Notice Only** |
| Account No. <br><br>**Portfolio Recovery Associates LLC**<br>**PO Box 12903**<br>**Norfolk, VA 23541** | | | Representing:<br>**Hsbc Best Buy** | | | | **Notice Only** |
| Account No. **xxxxx1897**<br><br>**John Stroger Hospital Cook County**<br>**PO Box 70121**<br>**Chicago, IL 60673-5698** | - | | 4/27/2010-09/28/2010<br>**Medical services** | | | | **538.64** |
| Account No. **xxxxx5656**<br><br>**Linebarger Goggan Blair Sampson LLP**<br>**PO Box 06268**<br>**Chicago, IL 60606** | | | Representing:<br>**John Stroger Hospital Cook County** | | | | **Notice Only** |

Sheet no. _**11**_ of _**15**_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **538.64**

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Terrance Patrick Hanley**                                              ,   Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx7010**<br><br>**Medical Business Bureau**<br>**1460 Renaissance Dr., Ste 400**<br>**Park Ridge, IL 60068-1349** | - | | 12/2008<br>**Medical** | | | | 70.00 |
| Account No.<br><br>**Medical Business Bureau**<br>**PO Box 1219**<br>**Park Ridge, IL 60068** | | | **Representing:**<br>**Medical Business Bureau** | | | | Notice Only |
| Account No.<br><br>**Michael S. Hanley**<br>**5226 S. Oak Ct.**<br>**Toledo, OH 43623-1091** | - | | 4/1/2009<br>**Personal loan and debt payments** | | | | 26,284.17 |
| Account No. **xxxx-xxxx-xxxx-4534**<br><br>**Pride Acquisitions of Illinois LLC**<br>**Baker Sanders Barshay Grossman LLC**<br>**100 Garden City Plaza, #500**<br>**Garden City, NY 11530** | - | | March 1999-June 2009<br>**MISC Purchases Agency File No 1026133** | | | | 58,404.69 |
| Account No. **xxxxxx0010**<br><br>**Strategic Recovery Group**<br>**7880 Bent Branch Dr**<br>**Suite 150**<br>**Irving, TX 75063** | - | | 2012<br>**FNMA 1st Mortgage Deficiencies; Home Loan for 5855 North Sheridan Road, Unit 6-E, Chicago, IL 60660** | | | | 79,387.35 |

Sheet no. __12__ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**164,146.21**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Terrance Patrick Hanley**                                              ,    Case No. _____
_____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx0010**<br><br>**Strategic Recovery Group**<br>**PO Box 52238**<br>**Idaho Falls, ID 83405** | | | Representing:<br>**Strategic Recovery Group** | | | | **Notice Only** |
| Account No.<br><br>**Vantium Capital Inc SRG**<br>**PO Box 202646**<br>**Dallas, TX 75320-2646** | | | Representing:<br>**Strategic Recovery Group** | | | | **Notice Only** |
| Account No. **Unit 6E**<br><br>**Thorndale Beach South Condo Assn.**<br>**Attn: Property Mgr.  Atica Sabovic**<br>**5855 N. Sheridan Rd.**<br>**Chicago, IL 60660** | - | | **4/15/2010 - 04/01/2012**<br>**Condo dues Legal Fees and assessments for Unit 6E, Chicago, Illinois.** | | | | **15,372.16** |
| Account No. **xxxxxx0155**<br><br>**Chicagoland Management Realty**<br>**111 E. Wacker Dr., Suite 1412**<br>**Chicago, IL 60601** | | | Representing:<br>**Thorndale Beach South Condo Assn.** | | | | **Notice Only** |
| Account No.<br><br>**Michael C. Kim & Associates**<br>**19 S. LaSalle St., Suite 303**<br>**Chicago, IL 60603** | | | Representing:<br>**Thorndale Beach South Condo Assn.** | | | | **Notice Only** |

Sheet no. __**13**__ of __**15**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**15,372.16**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Terrance Patrick Hanley**                                    ,        Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxx7732** <br><br> **Travelers** <br> **The Horton Group** <br> **322 Indianapolis Blvd., Suite 101** <br> **Schererville, IN 46375** | - | | **9/2010** <br> **Homeowner's insurance on Sheridan Condo.** <br> **Policy cancelled 9/2010** | | | | **175.56** |
| Account No. **xxxxxxxxx-x0001** <br><br> **Verizon Wireless** <br> **PO Box 4002** <br> **Acworth, GA 30101** | - | | **7/2004-10/2011** <br> **Cell phone service** | | | | **159.14** |
| Account No. <br><br> **EOS CCA** <br> **700 Longwater Dr** <br> **Norwell, MA 02061** | | | **Representing:** <br> **Verizon Wireless** | | | | **Notice Only** |
| Account No. <br><br> **North Shore Agency** <br> **4000 East Fifth Ave** <br> **Columbus, OH 43219** | | | **Representing:** <br> **Verizon Wireless** | | | | **Notice Only** |
| Account No. <br><br> **Verizon Wireless** <br> **PO Box 25505** <br> **Lehigh Valley, PA 18002** | | | **Representing:** <br> **Verizon Wireless** | | | | **Notice Only** |

Sheet no. __14__ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**334.70**

B6F (Official Form 6F) (12/07) - Cont.

In re __Terrance Patrick Hanley_____,    Case No. _____
                                                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Verizon Wireless<br>PO Box 660108<br>Dallas, TX 75266** | | | **Representing:<br>Verizon Wireless** | | | | **Notice Only** |
| Account No. <br><br>**Verizon Wireless<br>PO Box 26055<br>Minneapolis, MN 55426** | | | **Representing:<br>Verizon Wireless** | | | | **Notice Only** |
| Account No. **xxx0016**<br><br>**Windy City Movers<br>PO Box 605<br>Lake Bluff, IL 60044** | - | | **10/2010-1/2011<br>Moving Services** | | | | **755.00** |
| Account No. <br><br> | | | | | | | |
| Account No. <br><br> | | | | | | | |

Sheet no. __15__ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

|  |  |
|---|---|
| Subtotal<br>(Total of this page) | **755.00** |
| Total<br>(Report on Summary of Schedules) | **520,980.22** |

B6G (Official Form 6G) (12/07)

.

In re  **Terrance Patrick Hanley**                                                    ,          Case No. _____
                                                        Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Rick Flinn**<br>**1629 W. Granville, Unit 3**<br>**Chicago, IL 60660** | **Residential lease expires February 28th, 2014 -** |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

In re    **Terrance Patrick Hanley**                               ,      Case No. _____

                                        Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Gary L Weiand**<br>**6101 N Sheridan Rd**<br>**Unit 11D**<br>**Chicago, IL 60660** | **East Chicago Marina**<br>**3301 Aldis Ave.**<br>**East Chicago, IN 46312** |
| **Richard R. McGinnis**<br>**86352 Richards Rd.**<br>**Compton, IL 61318** | **AT&T**<br>**PO Box 8100**<br>**Aurora, IL 60507-8100** |

**0**

_____ continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com                         Best Case Bankruptcy

B6I (Official Form 6I) (12/07)

In re   **Terrance Patrick Hanley** _____   Case No. _____
Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Single** | RELATIONSHIP(S): **None.** | AGE(S): |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Jewelry Sales Representative** | |
| Name of Employer | **Wedding Bands & Co.** | |
| How long employed | **Start date: 4/12/2011** | |
| Address of Employer | **2 N. Wabash Ave.** **Chicago, IL 60602** | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions  (Prorate if not paid monthly) | $ **3,271.27** | $ **N/A** |
| 2. Estimate monthly overtime | $ **0.00** | $ **N/A** |
| 3. SUBTOTAL | $ **3,271.27** | $ **N/A** |
| 4. LESS PAYROLL DEDUCTIONS | | |
|    a.  Payroll taxes and social security | $ **0.00** | $ **N/A** |
|    b.  Insurance | $ **0.00** | $ **N/A** |
|    c.  Union dues | $ **0.00** | $ **N/A** |
|    d.  Other (Specify): | $ **0.00** | $ **N/A** |
| | $ **0.00** | $ **N/A** |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ **0.00** | $ **N/A** |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ **3,271.27** | $ **N/A** |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ **0.00** | $ **N/A** |
| 8. Income from real property | $ **0.00** | $ **N/A** |
| 9. Interest and dividends | $ **0.00** | $ **N/A** |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ **0.00** | $ **N/A** |
| 11. Social security or government assistance (Specify): | $ **0.00** | $ **N/A** |
| | $ **0.00** | $ **N/A** |
| 12. Pension or retirement income | $ **0.00** | $ **N/A** |
| 13. Other monthly income (Specify): | $ **0.00** | $ **N/A** |
| | $ **0.00** | $ **N/A** |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ **0.00** | $ **N/A** |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ **3,271.27** | $ **N/A** |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ **3,271.27** | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

B6J (Official Form 6J) (12/07)

In re   **Terrance Patrick Hanley** _____   Case No. _____

                                      Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

    Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 1,050.00 |
|    a. Are real estate taxes included?  Yes ___  No **X** | | |
|    b. Is property insurance included?  Yes ___  No **X** | | |
| 2. Utilities:   a. Electricity and heating fuel | $ | 200.00 |
|             b. Water and sewer | $ | 0.00 |
|             c. Telephone | $ | 52.43 |
|             d. Other   **Internet and cable** | $ | 47.62 |
| 3. Home maintenance (repairs and upkeep) | $ | 75.00 |
| 4. Food | $ | 500.00 |
| 5. Clothing | $ | 150.00 |
| 6. Laundry and dry cleaning | $ | 125.00 |
| 7. Medical and dental expenses | $ | 500.00 |
| 8. Transportation (not including car payments) | $ | 275.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 75.00 |
| 10. Charitable contributions | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|             a. Homeowner's or renter's | $ | 0.00 |
|             b. Life | $ | 0.00 |
|             c. Health | $ | 0.00 |
|             d. Auto | $ | 0.00 |
|             e. Other | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
|    (Specify)   **See Detailed Expense Attachment** | $ | 785.26 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
|             a. Auto | $ | 0.00 |
|             b. Other | $ | 0.00 |
|             c. Other | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other   **Haircuts Personal Care** | $ | 40.00 |
|    Other | $ | 0.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 3,875.31 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

    **The medical expenses are projected. Debtor projects he will need medications, doctor, dental and vision treatments.  His actual costs are estimated and may reach $900 per month depending upon his ability to get medical insurance.**

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
| a.   Average monthly income from Line 15 of Schedule I | $ | 3,271.27 |
| b.   Average monthly expenses from Line 18 above | $ | 3,875.31 |
| c.   Monthly net income (a. minus b.) | $ | -604.04 |

B6J (Official Form 6J) (12/07)
In re    **Terrance Patrick Hanley**                                        Case No. _____
                                             Debtor(s)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
### Detailed Expense Attachment

**Specific Tax Expenditures:**

| | | |
|---|---|---|
| **Estimated Federal Income taxes 2013 Est** | $ | **650.16** |
| **Estimated State of Illinois taxes 2013 Est** | $ | **135.10** |
| **Total Tax Expenditures** | $ | **785.26** |

**B6 Declaration (Official Form 6 - Declaration). (12/07)**

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Terrance Patrick Hanley**

Debtor(s)

Case No. _____

Chapter   **7**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __33__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **April 10, 2013**

Signature   **/s/ Terrance Patrick Hanley**

**Terrance Patrick Hanley**

Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B7 (Official Form 7) (04/13)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Terrance Patrick Hanley**                                        Case No.

Debtor(s)                    Chapter        **7**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

### 1. Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $10,952.17 | **2013 YTD: Wedding bands & Co** |
| $42,223.57 | **2012: Wedding bands & Co** |
| $27,522.00 | **2011 Wedding Bands & Co.** |
| $3,510.00 | **2011: The Equinox** |

---

### 2. Income other than from employment or operation of business

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                    SOURCE

---

B7 (Official Form 7) (04/13)
2

### 3. Payments to creditors

None ☐  *Complete a. or b., as appropriate, and c.*

a.   *Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Internal Revenue Service Centralized Insolvency Operation PO Box 21126 Chicago, IL 60604** | **January - March 2013 Estimated Federal Withholding Taxes for January - March 2013** | **$1,965.06** | **$0.00** |
| **Illinois Dept of Revenue PO Box 19035 Springfield, IL 62794** | **Jan - March 2013 Estimated Illinois Withholding for Jan - March 2013** | **$402.76** | **$0.00** |

None ■  b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None ■  c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☐  a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Thorndale Beach South v. Terrance Hanley 2009 M1 728189** | **Joint Action** | **Circuit Court of Cook County** | **Case dismissed on 3/18/2010** |

*Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B7 (Official Form 7) (04/13)

3

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Chase Home Finance LLC v. Terrance P. Hanley, et al** <br> **2010 CH 09508** | **Mortgage foreclosure for 5855 N Sheridan Rd Unit 6 E Chicago IL 60660** | **Circuit Court of Cook County** <br> **Richard J. Daley Center** <br> **50 West Washington** <br> **Chicago, IL 60602** | **Complaint filed 3/8/2010, judgment of foreclosure entered 9/16/2010; Judicial Sale 1/17/2012; Report of Sale and Distribution and Sheriff's Sale Approved March 29, 2012 along with Order of Possession March 29, 2012** |
| **Asset Acceptance LLC v Terrance Hanley, Case No 13M1-106151** | **Collection Suit for GEMB Climate Select Credit Card** | **Circuit Court of Cook County** <br> **Richard J. Daley Center** <br> **50 West Washington** <br> **Chicago, Illinois 60602** | **Filed January 30, 2013 Return Date March 6, 2013 Pending** |

None ☐   b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Internal Revenue Service** <br> **ACS Support Stop 813G** <br> **PO Box 145566** <br> **Cincinnati, OH 45250** | **12/2012** | **IRS Seized $1,658.58 from debtors Fifth Third Bank Savings Account. Was an overpayment and IRS returned amount to debtor.** |
| **Chase Home Finance** <br> **c/o Pierce & Associates** <br> **1 N Dearborn Street #1300** <br> **Chicago, IL 60602** | **March - June 2012** | **5855 N Sheridan Rd, Unit 6E, Chicago, Illinois 60660; Sherrifs Sale approved and Order of Possession enterd in favor of Plaintiff on March 29, 2012.** |

### 5. Repossessions, foreclosures and returns

None ☐   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Chase Manhattan Mortgage** <br> **Attn; Bankruptcy Dept** <br> **Po Box 24696** <br> **Columbus, OH 43224** | **March 29, 2012** | **5855 N Sheridan Rd, Unit 6E, Chicago, Illinois 60660; Sherrifs Sale approved and Order of Possession enterd in favor of Plaintiff on March 29, 2012.** |

B7 (Official Form 7) (04/13)
4

**6. Assignments and receiverships**

None
■    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7. Gifts**

None
■    List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8. Losses**

None
■    List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None
☐    List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Law Offices of Roger V. McCaffrey-Boss & 19 S. LaSalle Street Suite 1500 Chicago, IL 60603** | **March 17, 2013 - Harold T. Hanley III and Kathy Hanley** | **$1,500** |

**10. Other transfers**

None
■    a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

B7 (Official Form 7) (04/13)
5

None    b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled
trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

---

**11. Closed financial accounts**

None ☐    List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **JPMorgan Chase 6009 N Broadway Chicago, IL 60660 Chicago, IL 60660** | **Chase Checking account XXXXXXXX0975 $00.00 Balance** | **Closed 2/14/2013 No money in account when closed.** |
| **JPMorgan Chase 6009 N Broadway Chicago, IL 60660 Chicago, IL 60660** | **Chase savings account xxxxxxxx6901** | **Closed 1/29/2013 Balance $5.44** |

---

**12. Safe deposit boxes**

None ■    List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

---

**13. Setoffs**

None ■    List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

---

**14. Property held for another person**

None ■    List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

---

**15. Prior address of debtor**

None ☐    If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| **5855 N. Sheridan Rd., Unit 6-E, Chicago, IL 60660** | **Terrance Patrick Hanley** | **7/2004 - 8/2010** |

B7 (Official Form 7) (04/13)
6

---

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

---

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

---

**18 . Nature, location and name of business**

None
■

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

B7 (Official Form 7) (04/13)
7

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None ■   b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19. Books, records and financial statements**

None ■   a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|

None ■   b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None ■   c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|

None ■   d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

---

**20. Inventories**

None ■   a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None ■   b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

B7 (Official Form 7) (04/13)
8

**21 . Current Partners, Officers, Directors and Shareholders**

None
■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None
■    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

**22 . Former partners, officers, directors and shareholders**

None
■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None
■    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**

None
■    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

**25. Pension Funds.**

None
■    If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

* * * * * *

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

B7 (Official Form 7) (04/13)
9

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date   **April 10, 2013**                          Signature   **/s/ Terrance Patrick Hanley**
                                                               **Terrance Patrick Hanley**
                                                               Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B8 (Form 8) (12/08)

# United States Bankruptcy Court
### Northern District of Illinois

In re   **Terrance Patrick Hanley** _____   Case No. _____
                                          Debtor(s)              Chapter   **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate.  Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>**East Chicago Marina** | **Describe Property Securing Debt:**<br>**Sailboat - 1990 Hunter Sloop 27 ft. jointly owned with Gary L. Weiand 6101 N Sheridan Rd., Unit 11D, Chicago, Illinois 60660**<br>**Location: East Chicago Marina, 3301 Aldis Ave., East Chicago, IN 46312** |

Property will be (check one):
  ■ Surrendered                    ☐ Retained

If retaining the property, I intend to (check at least one):
  ☐ Redeem the property
  ☐ Reaffirm the debt
  ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
  ☐ Claimed as Exempt                    ■ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐  YES        ☐  NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date   **April 10, 2013** _____   Signature   **/s/ Terrance Patrick Hanley** _____
                                                          **Terrance Patrick Hanley**
                                                          Debtor

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Terrance Patrick Hanley** _____  Case No. _____

Debtor(s)  Chapter  **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **3,500.00** |
| Prior to the filing of this statement I have received | $ | **3,500.00** |
| Balance Due | $ | **0.00** |

2.  $ **306.00** of the filing fee has been paid.

3.  The source of the compensation paid to me was:

☐ Debtor    ■ Other (specify):    **Harold T. Hanley III and Kathy Hanly
1437 S Prairie Ave
Chicago, IL 60605**

4.  The source of compensation to be paid to me is:

■ Debtor    ☐ Other (specify):

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.  [Other provisions as needed]
**Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
**Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:  **April 10, 2013** _____    **/s/ Roger McCaffrey-Boss**
**Roger McCaffrey-Boss 1811649
Roger V. McCaffrey-Boss & Ass., PC
19 South LaSalle Street
Suite 1500
Chicago, IL 60603
312 263 8800  Fax: 312 332 4629
rvmlawyer@aol.com**

---

Software Copyright (c) 1996-2013 CCH INCORPORATED - www.bestcase.com    Best Case Bankruptcy

**Amended** Contract between
Roger V. McCaffrey-Boss & Associates, P.C. (a "Debt Relief Agency")

And
Terrence Hanley(Client)

On November 2, 2009 the parties entered into an Engagement Agreement. This Amendment to the Engagement Agreement (Contract), is dated March 17, 2013, and is between Roger V. McCaffrey-Boss & Associates, P.C. ("Roger V. McCaffrey-Boss & Associates"), a professional corporation engaged in the practice of law and a Debt Relief Agency within the meaning of title 11, United States Code (the "Bankruptcy Code") and Terrence Hanley (Client(s)), being "Person(s) Assisted" or "Assisted Person(s)" within the meaning of the Bankruptcy Code.

### Responsibilities of Client(s), Assisted Person(s)

Client(s) agree to:

\* Discuss with Roger V. McCaffrey-Boss & Associates their objectives in filing the case;

\* Provide Roger V. McCaffrey-Boss & Associates with full, accurate and timely information, financial or otherwise, including properly documented proof of income, two (2) years of tax returns, a certificate that Client has received credit counseling from an approved agency and a recent appraisal of their residence, if applicable;

\* Timely provide Roger V. McCaffrey-Boss & Associates with any additional documents requested by the bankruptcy trustee or other parties in interest;

\* Notify Roger V. McCaffrey-Boss & Associates of any change in address or telephone number;

\* Appear punctually at the meeting of creditors with a picture identification card and proof of client's social security number;

\* In a case under chapter 13, timely make all required payments to the trustee and to whatever creditors are being paid directly, or, if the required payments cannot be made, to notify Roger V. McCaffrey-Boss & Associates immediately;

\* In a case under chapter 13, contact Roger V. McCaffrey-Boss & Associates immediately if the Client loses employment or experiences any other significant change in financial situation (such as serious illness, lottery winnings or inheritance);

\* In a case under chapter 13, contact Roger V. McCaffrey-Boss & Associates before buying, refinancing, or selling real property, and before entering into any loan agreement.

Failure of client to cooperate fully with Roger V. McCaffrey-Boss & Associates or comply with any request of the bankruptcy trustee or court order may result in Roger V. McCaffrey-Boss & Associates filing a Motion to Withdraw from representation of Client with the Bankruptcy Court.

Client has paid the sum of $2,200.00 on November 2, 2009 and the sum of $1,500 on March 17, 2013 for a total of $3,700.00. All disbursements and fees must be paid in full before Roger V. McCaffrey-Boss & Associates will file a petition under the Bankruptcy Code. The Bankruptcy Code requires Roger V. McCaffrey-Boss & Associates to advise client that nothing in this Contract shall be deemed to be advice that the Client pay an attorneys fee to the Debt Relief Agency. Moreover, Roger V. McCaffrey-Boss & Associates states that Client should not incur additional debt in order to satisfy Client's obligations under this Contract.

## Additional Services Excluded from Contract

Client agrees to pay an Attorney's fee for legal services beyond Standard Services ("Additional Services") at the prevailing hourly rates of the attorneys of Roger V. McCaffrey-Boss & Associates. At the present time the hourly rates for attorneys of Roger V. McCaffrey-Boss & Associates range from $200 to $400. Roger V. McCaffrey-Boss & Associates may require an additional retainer for Additional Services and shall be under no obligation to provide Additional Services beyond Standard Services without first having received an additional retainer to secure payment for such Additional Services.

Examples of Additional Services include, but are not limited to:

* Defending claims that Client's Bankruptcy Petition constitutes "Abuse" within the meaning of the Bankruptcy Code;

* Defending claims that one or more of Client's debts are non-dischargeable;

* Defending claims that Client is not entitled to a discharge under the Bankruptcy Code;

* Defending matters arising from Client's failure to disclose any material fact; or

* Defending matters arising from Client's false statements made in connection with the Bankruptcy Petition, Schedules, Statement of Financial Affairs or any documents provided in support thereof.

### Services to Be Provided by Roger V. McCaffrey-Boss & Associates

Services Roger V. McCaffrey-Boss & Associates shall provide to Client shall include the following "Standard Services":

* Analysis of Client's Financial Condition;
* Advising Client as to the advisability of seeking relief in bankruptcy under either chapter 7 or chapter 13 of the Bankruptcy Code;
* Advising Client as to Client's eligibility to seek relief under either chapter 7 or chapter 13 of the Bankruptcy Code;
* Assisting Client in assembling all documents necessary for or in connection with the filing of a petition under the Bankruptcy Code;
* Advising Client as to the availability of exemptions under applicable law;
* Assisting client in meeting all conditions precedent to filing a petition for relief under the Bankruptcy Code and in meeting all conditions precedent to obtaining a discharge, if the Client is eligible to receive a discharge;
* Preparing Client for examination at the meeting of creditors held pursuant to Section 341 of the Bankruptcy Code;
* Assisting the Client with reaffirmation agreements, if applicable;
* Assisting the Client with routine lien avoidance proceedings, if applicable;
* Assisting the Client with the enforcement of the automatic stay, if required;
* Arranging for electronic filing of the Client's bankruptcy petition and supporting schedules;
* Communicating with Client's bankruptcy trustee;
* Communicating with Client's creditors, as necessary;

### Fees and Charges for Services and Terms of Payment

Roger V. McCaffrey-Boss & Associates   agrees to perform "Standard Services" for client in consideration for an Attorneys Fee of $3,500.00 plus all costs disbursed or to be disbursed on behalf of Client.   The schedule of costs customarily disbursed in connection with "Standard Services" are as follows:

| | |
|---|---|
| * Filing Fee (Chapter 7 Case) | $306 |
| * Filing Fee (Chapter 13) | $274 |
| * Credit Report (downloadable) | $50 |
| * Tax Transcript Search (if required) | $50 |
| * Credit Counseling | Client Responsibility |
| * Pre-discharge financial training | Client Responsibility |

Additional expenses  may be incurred by Roger V. McCaffrey-Boss & Associates for proper representation of Client. Client shall reimburse Roger V. McCaffrey-Boss & Associates for these costs at the actual cost to Roger V. McCaffrey-Boss & Associates.

## Acknowledgement of Receipt of Disclosures

\* Client acknowledges that Client has received copies of all Disclosure Documents attached to this Contract. These documents include:

* \* Notice to Individual Consumer Debtor under §342(b)
* \* Disclosure Pursuant to §527(a)(2)
* \* Disclosure Pursuant to §527(b)
* \* Disclosure Pursuant to §527(c)
* \* Statement of Information required by 11 U.S.C. 341
* \* A list of Approved Credit Counselors

THE BANKRUPTCY CODE REQUIRES ROGER V. MCCAFFREY-BOSS & ASSOCIATES TO EXPLICITLY AND CONSPICUOUSLY INFORM YOU THAT:

**WE ARE A DEBT RELIEF AGENCY, WE HELP PEOPLE FILE FOR BANKRUPTCY RELIEF UNDER THE BANKRUPTCY CODE**

Roger V. McCaffrey-Boss & Associates, P.C.
A Debt Relief Agency

By: _____

Client
Assisted Person(s)

Contract between
Roger V. McCaffrey-Boss & Associates, P.C. (a "Debt Relief Agency")

And
Terrence Hanley(Client)

This Engagement Agreement (Contract), dated November 2, 2009, is between Roger V. McCaffrey-Boss & Associates, P.C. ("Roger V. McCaffrey-Boss & Associates"), a professional corporation engaged in the practice of law and a Debt Relief Agency within the meaning of title 11, United States Code (the "Bankruptcy Code") and Terrence Hanley (Client(s)), being "Person(s) Assisted" or "Assisted Person(s)" within the meaning of the Bankruptcy Code.

### Responsibilities of Client(s), Assisted Person(s)

Client(s) agree to:

* Discuss with Roger V. McCaffrey-Boss & Associates their objectives in filing the case;

* Provide Roger V. McCaffrey-Boss & Associates with full, accurate and timely information, financial or otherwise, including properly documented proof of income, two (2) years of tax returns, a certificate that Client has received credit counseling from an approved agency and a recent appraisal of their residence, if applicable;

* Timely provide Roger V. McCaffrey-Boss & Associates with any additional documents requested by the bankruptcy trustee or other parties in interest;

* Notify Roger V. McCaffrey-Boss & Associates of any change in address or telephone number;

* Appear punctually at the meeting of creditors with a picture identification card and proof of client's social security number;

* In a case under chapter 13, timely make all required payments to the trustee and to whatever creditors are being paid directly, or, if the required payments cannot be made, to notify Roger V. McCaffrey-Boss & Associates immediately;

* In a case under chapter 13, contact Roger V. McCaffrey-Boss & Associates immediately if the Client loses employment or experiences any other significant change in financial situation (such as serious illness, lottery winnings or inheritance);

* In a case under chapter 13, contact Roger V. McCaffrey-Boss & Associates before buying, refinancing, or selling real property, and before entering into any loan agreement.

Failure of client to cooperate fully with Roger V. McCaffrey-Boss & Associates or comply with any request of the bankruptcy trustee or court order may result in Roger V. McCaffrey-Boss & Associates filing a Motion to Withdraw from representation of Client with the Bankruptcy Court.

## Services to Be Provided by Roger V. McCaffrey-Boss & Associates

Services Roger V. McCaffrey-Boss & Associates shall provide to Client shall include the following "Standard Services":

* Analysis of Client's Financial Condition;
* Advising Client as to the advisability of seeking relief in bankruptcy under either chapter 7 or chapter 13 of the Bankruptcy Code;
* Advising Client as to Client's eligibility to seek relief under either chapter 7 or chapter 13 of the Bankruptcy Code;
* Assisting Client in assembling all documents necessary for or in connection with the filing of a petition under the Bankruptcy Code;
* Advising Client as to the availability of exemptions under applicable law;
* Assisting client in meeting all conditions precedent to filing a petition for relief under the Bankruptcy Code and in meeting all conditions precedent to obtaining a discharge, if the Client is eligible to receive a discharge;
* Preparing Client for examination at the meeting of creditors held pursuant to Section 341 of the Bankruptcy Code;
* Assisting the Client with reaffirmation agreements, if applicable;
* Assisting the Client with routine lien avoidance proceedings, if applicable;
* Assisting the Client with the enforcement of the automatic stay, if required;
* Arranging for electronic filing of the Client's bankruptcy petition and supporting schedules;
* Communicating with Client's bankruptcy trustee;
* Communicating with Client's creditors, as necessary;

## Fees and Charges for Services and Terms of Payment

Roger V. McCaffrey-Boss & Associates   agrees to perform "Standard Services" for client in consideration for an Attorneys Fee of $2,000.00 plus all costs disbursed or to be disbursed on behalf of Client.   The schedule of costs customarily disbursed in connection with "Standard Services" are as follows:

| | |
|---|---|
| * Filing Fee (Chapter 7 Case) | $299 |
| * Filing Fee (Chapter 13) | $274 |
| * Credit Report (downloadable) | $50 |
| * Tax Transcript Search (if required) | $50 |
| *` Credit Counseling | Client Responsibility |
| * Pre-discharge financial training | Client Responsibility |

Additional expenses may be incurred by Roger V. McCaffrey-Boss & Associates for proper representation of Client. Client shall reimburse Roger V. McCaffrey-Boss & Associates for these costs at the actual cost to Roger V. McCaffrey-Boss & Associates.

Client shall pay the sum of $ 2,200.00 at the execution of this Contract. All disbursements and fees must be paid in full before Roger V. McCaffrey-Boss & Associates will file a petition under the Bankruptcy Code. The Bankruptcy Code requires Roger V. McCaffrey-Boss & Associates to advise client that nothing in this Contract shall be deemed to be advice that the Client pay an attorneys fee to the Debt Relief Agency. Moreover, Roger V. McCaffrey-Boss & Associates states that Client should not incur additional debt in order to satisfy Client's obligations under this Contract.

### Additional Services Excluded from Contract

Client agrees to pay an Attorney's fee for legal services beyond Standard Services ("Additional Services") at the prevailing hourly rates of the attorneys of Roger V. McCaffrey-Boss & Associates. At the present time the hourly rates for attorneys of Roger V. McCaffrey-Boss & Associates range from $200 to $400. Roger V. McCaffrey-Boss & Associates may require an additional retainer for Additional Services and shall be under no obligation to provide Additional Services beyond Standard Services without first having received an additional retainer to secure payment for such Additional Services.

Examples of Additional Services include, but are not limited to:

* Defending claims that Client's Bankruptcy Petition constitutes "Abuse" within the meaning of the Bankruptcy Code;

* Defending claims that one or more of Client's debts are non-dischargeable;

* Defending claims that Client is not entitled to a discharge under the Bankruptcy Code;

* Defending matters arising from Client's failure to disclose any material fact; or

* Defending matters arising from Client's false statements made in connection with the Bankruptcy Petition, Schedules, Statement of Financial Affairs or any documents provided in support thereof.

## Acknowledgement of Receipt of Disclosures

* Client acknowledges that Client has received copies of all Disclosure Documents attached to this Contract. These documents include:

* Notice to Individual Consumer Debtor under §342(b)
* Disclosure Pursuant to §527(a)(2)
* Disclosure Pursuant to §527(b)
* Disclosure Pursuant to §527(c)
* Statement of Information required by 11 U.S.C. 341
* A list of Approved Credit Counselors

THE BANKRUPTCY CODE REQUIRES ROGER V. MCCAFFREY-BOSS & ASSOCIATES TO EXPLICITLY AND CONSPICUOUSLY INFORM YOU THAT:

### WE ARE A DEBT RELIEF AGENCY, WE HELP PEOPLE FILE FOR BANKRUPTCY RELIEF UNDER THE BANKRUPTCY CODE

Roger V. McCaffrey-Boss & Associates, P.C.          Client
A Debt Relief Agency                                Assisted Person(s)


By: _____                      _____

                                                   _____

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $46 administrative fee, $15 trustee surcharge: Total Fee $306)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $46 administrative fee: Total fee $281)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over

a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

 Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

 After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1,167 filing fee, $46 administrative fee: Total fee $1,213)

 Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $46 administrative fee: Total fee $246)

 Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

 A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
### Northern District of Illinois

In re  **Terrance Patrick Hanley**                                   Case No.
                                            Debtor(s)        Chapter    **7**

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

| **Terrance Patrick Hanley** | X **/s/ Terrance Patrick Hanley** | **April 10, 2013** |
| --- | --- | --- |
| Printed Name(s) of Debtor(s) | Signature of Debtor | Date |
| Case No. (if known) | X | |
| | Signature of Joint Debtor (if any) | Date |

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

# United States Bankruptcy Court
## Northern District of Illinois

In re  __Terrance Patrick Hanley_____

Debtor(s)

Case No. _____

Chapter  __7_____

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____ __82__

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:  __April 10, 2013_____

/s/ Terrance Patrick Hanley_____
__Terrance Patrick Hanley__
Signature of Debtor

AMO Recoveries
6737 W Washington Stree
Suite 3118
Milwaukee, WI 53214


AMO Recoveries
PO Box 926100
Norcross, GA 30010


Asset Acceptance LL
PO Box 1630
Warren, MI 48090


Asset Acceptance LLC
PO Box 2036
Warren, MI 48090


AT&T
PO Box 8100
Aurora, IL 60507-8100


Bank One/Chase
8333 Ridgepoint Dr
Irving, TX 75063


Bay Area Credit Service
PO Box 468449
Atlanta, GA 31146


Bay Area Credit Service
1901 W 10th St
Antioch, CA 94509


Beneficial National Bank
PO Box 15518
Wilmington, DE 19850-5518


Bruce Koff MSW LCSW
Live Oak Inc.
1300 W. Belmont Ave, Suite 400
Chicago, IL 60657


CAP1/Damark International Inc
PO Box 5253
Carol Stream, IL 60197

Capitol Management Services
726 Exchange Street
Suit3 700
Buffalo, NY 14210


Capitol Management Services LP
726 Exchange Street Suite 700
Buffalo, NY 14210


CBCS
PO Box 163250
Columbus, OH 43216-3250


Chase
201 N. Walnut St//De1-1027
Wilmington, DE 19801


Chase
7301 Baymeadows Way
Jacksonville, FL 32256


Chase Bank USA
Chase Card Services
PO Box 15298
Wilmington, DE 19850


Chase Bank USA
PO Box 15298
Wilmington, DE 19850


Chase Bank USA, NA
Cardmember Service
PO Box 15299
Wilmington, DE 19850-5299


Chase Bank USA, NA
Cardmember Service
PO Box 15548
Wilmington, DE 19886-5448


Chase Fulfillmeny Center
PO Box 469030
Denver, CO 80246

Chase Home Finance
PO Box 24696
Columbus, OH 43224-0696


Chase Home Finance
2901 Kinwest Pkwy
Irving, TX 75063-3134


Chase Home Finance LLC
PO Box 24696
Columbus, OH 43224


Chase Manhattan Mortgage
Attention: Research Dept. G7-PP
3415 Vision Drive
Columbus, OH 43219


Chicagoland Management Realty
111 E. Wacker Dr., Suite 1412
Chicago, IL 60601


ComEd
PO Box 6111
Carol Stream, IL 60197-6111


Commonwealth Edison
PO Box 9037
Addison, TX 75001


Credit Collection Services
Two Wells Ave
Newton Center, MA 02459


Credit Management LLP
4200 International Pkwy
Carrollton, TX 75007


Credit Protection Association
L.P. 13355 Noel Rd.
Dallas, TX 75240


Department of the Treasury
Internal revenue Service
Fresno, CA 93888-0002

Direct TV
PO Box 78626
Phoenix, AZ 85062


Direct TV Inc.
PO Box 6550
Greenwood Village, CO 80155-6550


East Chicago Marina
3301 Aldis Ave.
East Chicago, IN 46312


Echelon Recovery Inc.
PO Box 1880
Voorhees, NJ 08043


EOS CCA
700 Longwater Dr
Norwell, MA 02061


Financial Asset Management Systems
PO Box 451409
Atlanta, GA 31145-9409


Fulton Friedman & Gullace LLP
5 East Van Buren Street
Suite 214
Joliet, IL 60432


Fulton Friedman & Gullace LLP
PO Box 2123
Warren, MI 48090


Gary L Weiand
6101 N Sheridan Rd
Unit 11D
Chicago, IL 60660


GE Money Bank
Home DSGN - HVAC/GEMB
PO Box 103104
Roswell, GA 30076

GECRB/Home Design
PO Box 965036
Orlando, FL 32896


Gemb/home Design Hvac
Po Box 981439
El Paso, TX 79998


Harold T. Hanley III
1437 S. Prairie Ave., Unit A
Chicago, IL 60605


HealthPort
PO Box 409900
Atlanta, GA 30384


Howard Brown Health Center
415 West Gold Road
Sute 16
Arlington Heights, IL 60005


HSBC Bank
PO Box 5253
Carol Stream, IL 60197


Hsbc Best Buy
Attn: Bankruptcy
Po Box 6985
Bridge Water, NJ 08807


Illinois Department of Revenue
Springfield, IL 62726


Internal Revenue Service
PO Box 902501
Cincinnati, OH 45280-2501


Internal Revenue Service
Centralized Insolvency Operation
PO Box 21126
Chicago, IL 60604

John Stroger Hospital Cook County
PO Box 70121
Chicago, IL 60673-5698


Leading Edge Recovery Solutions LLC
5440 N. Cumberland Ave., Suite 300
Chicago, IL 60656-1490


Linebarger Goggan Blair Sampson LLP
PO Box 06268
Chicago, IL 60606


Medical Business Bureau
1460 Renaissance Dr., Ste 400
Park Ridge, IL 60068-1349


Medical Business Bureau
PO Box 1219
Park Ridge, IL 60068


Michael C. Kim & Associates
19 S. LaSalle St., Suite 303
Chicago, IL 60603


Michael S. Hanley
5226 S. Oak Ct.
Toledo, OH 43623-1091


National Action Financial Services
165 Lawrence Bell Dr., Suite 100
PO Box 9027
Williamsville, NY 14231-9027


NCO Financial Systems
PO Box 17205
Wilmington, DE 19850


NCO Financial Systems
PO Box 4935
Trenton, NJ 08650


NCO Financial Systems Inc
507 Prudential Road
Horsham, PA 19044

North Shore Agency
4000 East Fifth Ave
Columbus, OH 43219


Pierce & Associates
1 N. Dearborn, Suite 1300
Chicago, IL 60602


Portfolio Recovery Associates
Riverside Commerce Center
120 Corporate Blvd. Ste. 100
Norfolk, VA 23502-4962


Portfolio Recovery Associates LLC
PO Box 12903
Norfolk, VA 23541


Pride Acquisitions of Illinois LLC
Baker Sanders Barshay Grossman LLC
100 Garden City Plaza, #500
Garden City, NY 11530


Pride Acquisitions of Illinois LLC
Baker Sanders Barshay Grossman LLC
100 Garden City Plaza, Suite 500
Garden City, NY 11530


Richard R. McGinnis
86352 Richards Rd.
Compton, IL 61318


Strategic Recovery Group
7880 Bent Branch Dr
Suite 150
Irving, TX 75063


Strategic Recovery Group
PO Box 52238
Idaho Falls, ID 83405


Thorndale Beach South Condo Assn.
Attn: Property Mgr. Atica Sabovic
5855 N. Sheridan Rd.
Chicago, IL 60660

Travelers
The Horton Group
322 Indianapolis Blvd., Suite 101
Schererville, IN 46375


Vantium Capital Inc SRG
PO Box 202646
Dallas, TX 75320-2646


Verizon Wireless
PO Box 4002
Acworth, GA 30101


Verizon Wireless
PO Box 25505
Lehigh Valley, PA 18002


Verizon Wireless
PO Box 660108
Dallas, TX 75266


Verizon Wireless
PO Box 26055
Minneapolis, MN 55426


Vital Recovery Services
PO BOX 923748
Norcross, GA 30010-3748


West Asset Management
2703 N. US Highway 75
Sherman, TX 75090-2567


Windy City Movers
PO Box 605
Lake Bluff, IL 60044